IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

               Plaintiff,               20cv1539
                                          LEAD CASE

        v.

MASTERBUILT MANUFACTURING, LLC,

               Defendant.

---

BLAIR DOUGLASS,

               Plaintiff,               20cv1624
                                          MEMBER CASE

        v.

ACER AMERICA CORPORATION,

               Defendant.

---

BLAIR DOUGLASS,

               Plaintiff,               20cv1650
                                          MEMBER CASE

        v.

CREATIVE GENIUS, LLC,

               Defendant.

BLAIR DOUGLASS,

                Plaintiff,                      20cv1680
MEMBER CASE

                      v.

WELLPET LLC,

                Defendant.

---

BLAIR DOUGLASS,

                  Plaintiff,                      20cv1681
MEMBER CASE

                      v.

COALISION USA INC.,

                Defendant.

---

BLAIR DOUGLASS,

                  Plaintiff,                      20cv1682
MEMBER CASE

                      v.

AMB MEDIA, LLC,

                Defendant.

---

BLAIR DOUGLASS,

                  Plaintiff,                      20cv1689
MEMBER CASE

                      v.

NOMATIC, LLC,

                Defendant.

BLAIR DOUGLASS,

               Plaintiff,                    20cv1696
                                                      MEMBER CASE

               v.

ZTE (USA) INC.,

               Defendant.

---

BLAIR DOUGLASS,

               Plaintiff,                    20cv1702
                                                      MEMBER CASE

               v.

SHARP ELECTRONICS CORPORATION,

               Defendant.

---

BLAIR DOUGLASS,

               Plaintiff,                    20cv1712
                                                      MEMBER CASE

               v.

ORACLE CORPORATION,

               Defendant.

---

BLAIR DOUGLASS,

               Plaintiff,                    20cv1713
                                                      MEMBER CASE

               v.

PORSCHE CARS NORTH AMERICA, INC.,

               Defendant.

BLAIR DOUGLASS,

        Plaintiff,                     20cv1721
                                            MEMBER CASE

           v.

HELIX SLEEP, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                     20cv1722
                                            MEMBER CASE

           v.

FRANKLIN/TEMPLETON
DISTRIBUTORS, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                     20cv1738
                                            MEMBER CASE

           v.

GREATS BRAND INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                     20cv1739
                                            MEMBER CASE

           v.

ADORAMA, INC.,

        Defendant.

BLAIR DOUGLASS,

             Plaintiff,                         20cv1757
                                                    MEMBER CASE

        v.

NEUROHACKER COLLECTIVE, LLC,

             Defendant.

---

BLAIR DOUGLASS,

             Plaintiff,                         20cv1758
                                                      MEMBER CASE

        v.

FLEXIBLE JEWELRY LLC,

             Defendant.

---

BLAIR DOUGLASS,

             Plaintiff,                         20cv1769
                                                      MEMBER CASE

        v.

NEW VENTURE HOLDINGS, L.L.C.,

             Defendant.

---

BLAIR DOUGLASS,

             Plaintiff,                         20cv1770
                                                      MEMBER CASE

        v.

ANTIQUE FARM HOUSE, INC.,

             Defendant.

BLAIR DOUGLASS,

            Plaintiff,                  20cv1782

                                                MEMBER CASE

              v.

NATIONAL BUSINESS FURNITURE,

            Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 20-1624, 20-1650, 20-1680, 20-1681, 20-1682, 20-1689, 20-1696, 20-1702, 20-1712, 20-1713, 20-1721, 20-1722, 20-1738, 20-1739, 20-1757, 20-1758, 20-1769, 20-1770, and 20-1782  are hereby consolidated with **Civil Action No. 20-1539**, the lead case as captioned above.

1.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-1539**.

2.      The Clerk of Court shall **close** Civil Action Nos. 20-1624, 20-1650, 20-1680, 20-1681, 20-1682, 20-1689, 20-1696, 20-1702, 20-1712, 20-1713, 20-1721, 20-1722, 20-1738, 20-1739, 20-1757, 20-1758, 20-1769, 20-1770, and 20-1782

**SO ORDERED** this 20th day of November, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge